# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, | CASE NO. 1:09-cv-00476-AWI-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE STATUS REPORT |
| v. | |
| MUNOZ, et al., | FIFTEEN-DAY DEADLINE |
| Defendants. | |

Plaintiff James Cole ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 13, 2009, pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Munoz, Dicks, Rocha, and Blasdell for violation of the Eighth Amendment and First Amendment. On June 10, 2010, the Court issued a discovery and scheduling order in which the deadline for dispositive motions was April 19, 2011. Doc. 13. The case is ready to be set for trial.

It is HEREBY ORDERED that: within fifteen (15) days from the date of service of this order, Plaintiff and Defendants are to submit a status report indicating their readiness for trial.

IT IS SO ORDERED.

Dated:     June 25, 2012

UNITED STATES MAGISTRATE JUDGE

1