IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>           Plaintiff,<br>v.<br>MUNOZ, et al.,<br><br>           Defendants. | 1:09-CV-0476 AWI GBC PC<br><br>ORDER MOVING TELEPHONIC PRETRIAL CONFERENCE FROM JANUARY 14, 2013 TO JANUARY 22, 2013 AT 3:00 P.M. |

    Plaintiff James Cole ("Plaintiff") is a state prisoner proceeding pro se.  Trial in this matter is set for April 2, 2013.  This matter is set for a telephonic trial confirmation hearing on January 14, 2013 at 3:00 p.m.

    Because of court conflicts, the January 14, 2013 telephonic trial confirmation hearing set for January 14, 2013 is VACATED.  The telephonic trial confirmation hearing is reset for January 22, 2013 at 3:00 p.m.  Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic pretrial conference on January 22, 2013 and to initiate the telephonic hearing at (559) 499-5669.

IT IS SO ORDERED.

Dated:  January 11, 2013

                                       UNITED STATES DISTRICT JUDGE