# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, | CASE NO. 1:09-cv-00476-SAB (PC) |
| Plaintiff, | **MODIFIED SCHEDULING ORDER** |
| v. | <u>Opposition to Motions In Limine Deadline:</u> February 25, 2013 |
| LIEUTENANT MUNOZ, et al., | |
| Defendants. | <u>Telephonic Motion In Limine Hearing Only Re: To Exclude Incarcerated Witness, Patrick Brady:</u> March 4, 2013 at 2:00 p.m. in Courtroom 9 (SAB) |
| | <u>Motion In Limine Hearing (all other motions):</u> April 2, 2013 at 8:00 a.m. in Courtroom 9 (SAB) |

This civil rights action proceeds on Plaintiff James Cole's complaint filed on March 13, 2009. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), brings this action pursuant to 42 U.S.C. § 1983 against correctional officials for the violation of his federal constitutional rights.

On January 18, 2013, the Court issued a pretrial order setting dates for filing motions in limine, oppositions to motions in limine, and a motion in limine hearing for the morning of trial. (ECF No. 60.) On January 25, 2013, Defendants brought a motion in limine to exclude witnesses not previously disclosed, including incarcerated witness Patrick Brady. (ECF No. 64.) The Court's ruling on this motion will determine whether incarcerated witness Patrick Brady will need to be transported from Corcoran Prison to testify at trial. In the interest of efficiency and to ensure the timely appearance of the witness if the Court were to grant the motion, the Court amends the second scheduling order and sets a telephonic motion in limine hearing <u>only</u> on the issue of incarcerated witness, Patrick Brady, for March 4, 2013 at 2:00 p.m.

Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is set for a telephonic motions in limine hearing before the Honorable Stanley A. Boone on **March 4, 2013, at 2:00 p.m.** in Courtroom 9; and

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic motions hearing and to initiate the telephonic hearing at **(559) 499-5200.**

3. All other motions in limine will be addressed on April 2, 2013 at 8:00 a.m. and all established deadlines pursuant to the Court order of January 18, 2013, shall be in effect.

IT IS SO ORDERED.

Dated:   **February 1, 2013**           /s/ **Stanley A. Boone**
                                         UNITED STATES MAGISTRATE JUDGE