# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, | CASE NO. 1:09-cv-00476-SAB (PC) |
| Plaintiff, | ORDER RECOGNIZING PLAINTIFF'S MOTION IN LIMINE AND DEFENDANTS RESPONSE |
| v. | |
| LIEUTENANT MUNOZ, et al., | (ECF No. 55 & 56) |
| Defendants. | |

This civil rights action proceeds on Plaintiff James Cole's complaint filed on March 13, 2009. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), brings this action pursuant to 42 U.S.C. § 1983 against correctional officials for the violation of his federal constitutional rights.

On December 20, 2012, Plaintiff filed an Opposition and Objection to Defendants' Exhibit (1) Diagram of Facility and Exhibit (6) DVD of June 9, 2007 Cell Extraction[1]. (ECF No. 55.) Although Plaintiff labeled this document as an Opposition, the text of the document states that Plaintiff intended to file a motion in limine to exclude these exhibits. On January 3, 2013, Defendants responded. (ECF No. 56.) In the interest of efficiency, the Court will recognize Plaintiff's December 20, 2012 document as a motion in limine to exclude Defendants' exhibits and will also recognize Defendants' January 3, 2013 filing as a response.

//

---

[1] Plaintiff identified the DVD as "Exhibit 6" whereas Defendants identify it as "Exhibit 5." (ECF No. 55 & 56)

Since these issues appear to be fully briefed, all replies to the parties' motions related to this matter shall be filed by February 25, 2013.

IT IS SO ORDERED.

Dated: **February 1, 2013**   /s/ **Stanley A. Boone**
UNITED STATES MAGISTRATE JUDGE