# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, | CASE NO. 1:09-cv-00476-SAB (PC) |
| Plaintiff, | ORDER RE PLAINTIFF'S OPPOSITION TO PRETRIAL STATEMENT AND REQUEST FOR LOCAL RULES |
| v. | |
| LIEUTENANT MUNOZ, et al., | (ECF No. 73.) |
| Defendants. | |

This civil rights action proceeds on Plaintiff James Cole's complaint filed on March 13, 2009. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), brings this action pursuant to 42 U.S.C. § 1983 against correctional officials for the violation of his federal constitutional rights. On January 18, 2013, the Court issued a pretrial order. (ECF No. 60.) On February 4, 2013, Plaintiff filed an objection to the pretrial order, which included a request for Plaintiff to receive a copy of the Local Rules. (ECF No. 73.)

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's office shall send Plaintiff selected Local Rules applicable to prisoner civil rights cases, which includes rules 110, 130, 131, 134, 135, 142, 144, 162.1, 163, 182, 183, 201, 220, 230, 231, 250.1, 250.2, 250.3, 250.4, 260, 281, 285, 303, 304, and 305.

//
//

2. Plaintiff's concerns regarding "spoken objections" at trial will be addressed on March 4, 2013 at 2:00 p.m. during the telephonic hearing.

IT IS SO ORDERED.

Dated:  **February 6, 2013**              /s/ **Stanley A. Boone**
                                          UNITED STATES MAGISTRATE JUDGE