# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, | CASE NO. 1:09-cv-00476-SAB (PC) |
| Plaintiff, | **MODIFIED SCHEDULING ORDER** |
| v. | Telephonic Motion In Limine Hearing: April 1, 2013 at 3:00 p.m. in Courtroom 9 (SAB) |
| LIEUTENANT MUNOZ, et al., | Trial: |
| Defendants. | April 2, 2013 at 8:00 a.m. in Courtroom 9 (SAB) |

This civil rights action proceeds on Plaintiff James Cole's complaint filed on March 13, 2009. Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), brings this action pursuant to 42 U.S.C. § 1983 against correctional officials for the violation of his federal constitutional rights.

On January 18, 2013, the Court issued a pretrial order setting dates for filing motions in limine, oppositions to motions in limine, and a motion in limine hearing for the morning of trial. (ECF No. 60.) On March 4, 2013, a telephonic hearing was held on the motion in limine issue of allowing incarcerated witness Patrick Brady to testify. In the interest of ensuring a timely start of the scheduled trial, the Court amends its scheduling order and sets a second telephonic motion in limine hearing for all remaining issues on April 1, 2013 at 3:00 p.m.

Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is set for a telephonic motions in limine hearing before the Honorable Stanley A. Boone on **April 1, 2013, at 3:00 p.m.** in Courtroom 9;

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in

1

the telephonic motions hearing and to initiate the telephonic hearing at **(559) 499-5200;** and

3. All other established deadlines pursuant to the Court order of January 18, 2013, shall be in effect.

IT IS SO ORDERED.

Dated: **March 4, 2013**

UNITED STATES MAGISTRATE JUDGE

2