# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIEUTENANT MUNOZ, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00476-SAB PC<br><br>NOTICE AND ORDER THAT PATRICK BRADY IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Witness Patrick Brady, CDCR #J-89194, testified at trial on April 2, 2013.  After examination at trial by the parties, the witness was excused.  Therefore, Patrick Brady is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:　April 2, 2013

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1