# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIEUTENANT MUNOZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00476-SAB (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 3, 2013 AT 8:00 A.M. IN COURTROOM 9 |

　　　Plaintiff James Cole, CDCR #T-64763, shall be produced to appear before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, April 3, 2013, in Courtroom 9, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

　　Dated:　April 2, 2013

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1