# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>        Plaintiff,<br><br>   v.<br><br>LIEUTENANT MUNOZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00476-SAB (PC)<br><br>NOTICE AND ORDER THAT SCOTT HAMBY IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Witness Scott Hamby, CDCR #K-57847, testified at trial on April 3, 2013. Scott Hamby is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: April 3, 2013

UNITED STATES MAGISTRATE JUDGE

1