# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>        Plaintiff,<br><br>  v.<br><br>LIEUTENANT MUNOZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00476-SAB (PC)<br><br>NOTICE AND ORDER THAT JAMES COLE IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Plaintiff James Cole, CDCR #T-64763, attended trial on April 4, 2013. James Cole is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated:  **April 4, 2013**

                                    UNITED STATES MAGISTRATE JUDGE