# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE,<br><br>             Plaintiff,<br><br>   v.<br><br>LIEUTENANT MUNOZ, et al.,<br><br>             Defendants. | Case No. 1:09-cv-00476-SAB (PC)<br><br>ORDER SUBMITTING MOTION FOR DISCOVERY SANCTIONS<br><br>(ECF No. 130) |

     Plaintiff James Cole ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 13, 2009. On April 2, 2013, this matter proceeded to trial. On April 4, 2013, the Court entered judgment in favor of the Plaintiff against Defendants Rocha and Blasdell for excessive force only and found that their conduct was malicious, oppressive, or in reckless disregard for Plaintiff's rights. The Court entered judgment in favor of Defendants Munoz and Dicks for excessive force and in favor of Defendants Munoz, Dicks, Rocha, and Blasdell for retaliation.

     On May 31, 2013, Plaintiff filed a motion for discovery sanctions. (ECF No. 130.) This matter is taken under submission and no further briefing is required by the parties. To the extent that further briefing is required, the Court will request such information.

IT IS SO ORDERED.

Dated:   **June 3, 2013**

                                     UNITED STATES MAGISTRATE JUDGE

1